UNITED STATES of America, Plaintiff–Appellee,

v.

Naba Raheem LEWIS, Defendant–Appellant.

No. 14–12241
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 9, 2015.

Susan Hollis Rothstein–Youakim, Arthur Lee Bentley, III, Stacie B. Harris,

James A. Muench, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Stephen Baer, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Meghan Ann Collins, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before MARCUS, WILLIAM PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Meghan Collins, counsel for Naba Raheem Lewis, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because our review reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lewis's conviction and sentence are **AFFIRMED.**